UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| THOMPSON NDUBISI ELKANA-ENYOBI, ) ) ) Petitioner, ) ) v. ) ) SCOTT HASSELL, ) ) Respondent. ) | Case No.: 4:15-cv-00394-AKK-SGC |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Thompson Ndubisi Elkana-Enyobi. (Doc. 1). The petitioner challenges his continued detention pending removal pursuant to the Immigration and Nationality Act. *See generally*, *Zadvydas v. Davis*, 533 U.S. 678 (2001). On April 29, 2015, the respondent filed a motion to dismiss this action as moot on the grounds the petitioner has been removed from the United States. (Doc. 8). The respondent's motion is supported by an attached declaration of the Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility in Gadsden, Alabama stating the petitioner was deported to Nigeria on April 28, 2015. (Doc. 8-1).

Because the petitioner has been removed, the court can no longer provide meaningful relief, and the petition for a writ of habeas corpus is moot. *See Nyaga v.*

1

*Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, the respondent's motion to dismiss (Doc. 8) is due to be **GRANTED**, and this action is due to be **DISMISSED**. A separate order will be entered.

**DONE** the 13th day of May, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE